IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01869-AP

JALEH AHANGARI,

        Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    BRUCE C. BERNSTEIN
    1828 Clarkson Street #100
    Denver, CO 80218
    (303) 830-3200
    bcblaw@qwest.net

    For Defendant:
    TROY A. EID
    United States Attorney

    KEVIN TRASKOS
    Assistant United States Attorney
    Deputy Chief, Civil Division
    United States Attorney's Office
    District of Colorado
    kevin.traskos@usdoj.gov

    THOMAS H. KRAUS
    Special Assistant United States Attorney
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    (303) 844-0017
    tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 09/06/07

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 09/17/07

    C.    **Date Answer and Administrative Record Were Filed:** 11/13/07

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The partes, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** January 28, 2008

    B.    **Defendant's Response Brief Due:** February 25, 2008

    C.    **Plaintiff's Reply Brief (If Any) Due:** March 10, 2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Plaintiff reserves the right to oral argument**.**

    B.    **Defendant's Statement:** Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

  **A.**  **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

  **B.**  **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

  DATED this <u>29th</u> day of <u>November</u>, 2007.

                BY THE COURT:

                <u>S/John L. Kane</u>
                U.S. DISTRICT COURT JUDGE

APPROVED:

<u>s/ Bruce C. Bernstein</u>　　　　　　　　　　　UNITED STATES ATTORNEY
BRUCE C. BERNSTEIN
1828 Clarkson Street #100　　　　　　　　　TROY A. EID
Denver, CO 80218　　　　　　　　　　　　United States Attorney
(303) 830-3200
bcblaw@qwest.net　　　　　　　　　　　　KEVIN TRASKOS
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
Attorney for Plaintiff-Appellant　　　　　　　Deputy Chief, Civil Division
　　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　　District of Colorado
　　　　　　　　　　　　　　　　　　　　kevin.traskos@usdoj.gov

　　　　　　　　　　　　　　　　　　　　<u>s/ Thomas H. Kraus</u>
　　　　　　　　　　　　　　　　　　　　By: THOMAS H. KRAUS
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　1961 Stout St., Suite 1001A
　　　　　　　　　　　　　　　　　　　　Denver, Colorado  80294
　　　　　　　　　　　　　　　　　　　　Telephone: (303) 844-0017
　　　　　　　　　　　　　　　　　　　　tom.kraus@ssa.gov

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant