IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1869-AP**

**JALEH KAVEH AHANGARI,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff's Unopposed Motion to Modify Briefing Schedule (doc. #19), filed March 20, 2008, is GRANTED. Reply brief is due March 31, 2008.

Dated: March 25, 2008