IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 07-cv-01869-REB

JALEH KAVEH AHANGARI,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S ATTORNEY'S
UNOPPOSED MOTION FOR ATTORNEY FEES
PER EQUAL ACCESS TO JUSTICE ACT**

---

**Blackburn, J.**

    The matter comes before the court on the **Plaintiff's Attorney's Unopposed Motion For Attorney Fees Per Equal Access To Justice Act** [#27] filed September 17, 2008. After reviewing the motion and the file, the court has concluded that the motion should be granted and that plaintiff's counsel should be awarded attorney fees in this matter.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Plaintiff's Attorney's Unopposed Motion For Attorney Fees Per Equal Access To Justice Act** [#27] filed September 17, 2008, is **GRANTED**; and

    2. That defendant shall promptly pay to plaintiff's attorney reasonable attorney fees in the amount of $5,250.00.

    Dated September 17, 2008, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**